THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEROSA PALADINO HOLDING CORPORATION, Relator, v. MARK GRAVES and Others, Constituting the State Tax Commission of the State of New York, Respondents.*— Determination confirmed, with fifty dollars costs and disbursements. Hill, P. J., Rhodes, McNamee and Bliss, JJ., concur; Crapser, J., dissents and votes to annul the determination so far as the interest upon the debenture bonds held by the wives is concerned.

In the Matter of the Application for Issuance of Letters of Administration with the Will Annexed of the Estate of HUBERT SCHIFFER, Deceased.— Decree reversed on the law and facts, and matter remitted to the Surrogate's Court, with costs to the appellants payable out of the estate, on the ground that the person appointed was not entitled to letters of administration with the will annexed. (See Surr. Ct. Act, § 133.) Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.

In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHELINA COGNETTI, Respondent, against ANTHONY COGNETTI, Also Known as ANGELO COGNETTI, Appellant.— Order and judgment of filiation unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

CARL L. McMAHON, Respondent, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Appellant.— Order and judgment reversed on the law and facts, with costs in all courts, and complaint dismissed, with costs, on the ground that the decision is against the weight of the evidence, and that the police officer was not shown to be grossly negligent as a voluntary bailee. Hill, P. J., Rhodes and Crapser, JJ., concur; McNamee and Bliss, JJ., dissent.

MARCUS ARGINTEANU and Another, Appellants, v. HARVEY LEAMON, Respondent.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

JOHN BREHM, JR., by JOHN BREHM, His Guardian ad Litem, Appellant, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent.— Judgment reversed on the law and facts, with costs, and judgment for plaintiff directed, verdict reinstated in the event plaintiff stipulates that it be reduced to $25,000 and costs, and if stipulation is not filed a new trial is granted, with costs to the appellant to abide the event. Hill, P. J., Rhodes, McNamee and Heffernan, JJ., concur; Crapser, J., dissents, and votes to affirm the judgment appealed from.

JENNIE PARENTE, Respondent, v. NICK CALAFEMINA and Another, Appellants. STEPHEN PARENTE, Respondent, v. NICK CALAFEMINA and Another, Appellants. — Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

LUDWIK P. SZYMALAK, Appellant, v. THE SCHENECTADY SAVINGS BANK, Defendant, Impleaded with JOHN GUSIESKI and Another, Respondents.— Order and judgment of the Schenectady County Court, reversing the judgment of the City Court of Schenectady, reversed on the law and facts, with costs in this court and in the County Court, and judgment of the City Court of Schenectady reinstated. Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.

SULLIVAN COUNTY SAVINGS AND LOAN ASSOCIATION, Respondent, v. MEYER A. NOVICK, Appellant, and Others.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

*Affd., 264 N. Y. 442.